# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY J. BRODZKI,<br><br>        Plaintiff,<br><br>vs.<br><br>COOK COUNTY, IL,<br><br>        Defendant. | 2:11-cv-01852-RCJ-PAL<br><br>**ORDER** |

Plaintiff has sued Defendant for harassing him with technological equipment. The allegations, however, are incomprehensible and delusional. The Court therefore adopts the Report and Recommendation of the magistrate judge and dismisses the case. *See Neitzke v. Williams*, 490 U.S. 319, 327–28 (1989) (citing 28 U.S.C. § 1915(d)) ("Section 1915(d) . . . accords judges . . . the unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless[, such as] claims describing fantastic or delusional scenarios . . . .").

## CONCLUSION

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 2) is ADOPTED, and the case is DISMISSED. The Clerk shall close the case, accordingly.

IT IS SO ORDERED.

Dated this 10th day of January, 2012.

_____
ROBERT C. JONES
United States District Judge